```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE MIDDLE DISTRICT OF GEORGIA
                           ATHENS DIVISION

ALICE FELTS,                       *
      Plaintiff,                   *
vs.                                *
                                         CASE NO. 3:24-CV-129 (CDL)
PAMELA THAXTON,                    *
      Defendant.                   *
```

O R D E R

Alice Felts was the original beneficiary of an annuity owned by David Silvian. Felts claims that Pamela Thaxton unduly influenced Silvian to change his beneficiary from Felts to Thaxton. Silvian died, and Felts brought this action to challenge the beneficiary change. She asserts a claim against Thaxton for undue influence. In the alternative, Felts seeks a declaration that she is the rightful beneficiary of the annuity, not Thaxton. Discovery has closed, and neither party filed a summary judgment motion by the dispositive motion deadline. The action is scheduled for trial in November, with a final pretrial conference scheduled prior to trial. Thaxton did file a motion to dismiss Felts's claim for declaratory relief. That motion (ECF No. 10) is denied. The Court will decide at the final pretrial conference whether a jury should decide the issues raised in this action.

IT IS SO ORDERED, this 28th day of August, 2025.

s/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA